

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2016

No. 04-16-00487-CV

**IN THE INTEREST OF J.M.C., A CHILD**,
Appellant

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015PA01162
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The reporter's record in this appeal from a trial court's order terminating appellant's parental rights was due September 8, 2016. On volume of the reporter's record was filed by reporter David Zarate on September 12, 2016. However, the volume filed by Mr. Zarate indicated it was volume two of the record. Mr. Zarate advised that volume one of the record was taken by court reporter Decline M. Benavides. After contacting Ms. Benavides, she filed a notification of late record stating that she had not been notified that an appeal had been filed until September 14, 2016. Accordingly, she has requested an additional fifteen days from the original due date to file the record. After reviewing the notification of late record, we **GRANT** Ms. Benavides's request for an extension of time to file the record and **ORDER** her to file her portion of the reporter's record in this court on or before September 23, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court